# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

MARQUIS PROCAP SYSTEM, LLC,

    Plaintiff,

v.                              Case No.

NOVOZYMES NORTH AMERICA, INC.,      ORAL ARGUMENT REQUESTED

    Defendants.

## MARQUIS'S MOTION TO COMPEL THIRD-PARTY WITNESSES GREEN PLAINS, INC., TODD BECKER, AND WALTER CRONIN TO COMPLY WITH DEPOSITION SUBPOENAS, AND FOR GREEN PLAINS, INC. TO COMPLY WITH DOCUMENT SUBPOENA

Pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure, Plaintiff Marquis ProCap System, LLC ("Marquis") moves this Court to compel third-party witnesses Green Plains Inc.'s ("Green Plains"), Todd Becker ("Becker"), and Walter Cronin ("Cronin") to comply with deposition subpoenas and for Green Plains to comply with a document subpoena. In support of this motion, Plaintiff relies upon the attached memorandum of law.

**WHEREFORE**, Plaintiff respectfully requests an order compelling Green Plains' Rule 30(b)(6) witness, Todd Becker, and Walter Cronin, to appear for remote depositions, compel Green Plains to respond in full to Marquis's document subpoena, and grant Marquis such other and further relief as this Court deems equitable and just.

*     *     *     *     *

Dated: October 1, 2020                  Respectfully submitted,

                                                /s/ John C. Gekas
                                              John C. Gekas
                                              John F. Stoviak

Michael A. Jacobson
Tricia M. Kazinetz
SAUL EWING ARNSTEIN & LEHR LLP
161 N. Clark St., Suite 4200
Chicago, Illinois 60601
Tel: (312) 876-7100
Fax: (312) 876-7313
John.Gekas@saul.com
John.Stoviak@saul.com
Michael.Jacobson@saul.com
Tricia.Kazinetz@saul.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing document was filed with the Court's CM/ECF system and e-mailed to the following counsel of record:

Joseph C. Wylie, II
John J. Cotter
Matthew T. Houston
K & L GATES LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602
(312) 372-1121
Joseph.wylie@klgates.com
John.cotter@klgates.com
Matthew.houston@klgates.com

*Attorneys for Defendant Novozymes North America, Inc.*

Michael R. Annis
Ryann A. Glenn
Husch Blackwell LLP
13330 California Street
Suite 200
Omaha, NE 68154
Mike.Annis@huschblackwell.com
Ryann.glenn@huschblackwell.com

*Attorneys for Green Plains, Inc., Todd Becker, and Walter Cronin*

　　　　　　　　　　　　　　　　　　　　/s/ John C. Gekas