# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MARQUIS PROCAP SYSTEM, LLC,** | |
| Plaintiff, | 8:20CV395 |
| vs. | |
| **NOVOZYMES NORTH AMERICA, INC.,** | **ORDER TO SHOW CAUSE** |
| Defendant. | |

On October 5, 2020, the Office of the Clerk sent a letter (Filing No. 7) to attorney John J. Cotter directing him to register for admission to practice in this court and to register for the Case Management/Electronic Case Files (CM/ECF) system of the U.S. District Court for the District of Nebraska as required by NEGenR 1.3(a) and NEGenR 1.3(b)(1). As of November 23, 2020, the above attorney has not complied with the Clerk's letters. Accordingly,

**IT IS ORDERED:** On or before **December 8, 2020**, John J. Cotter shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why he cannot comply with the rules of the Court. Failure to comply with this order will result in being removed as counsel of record.

Dated this 23rd day of November, 2020.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge