# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MARQUIS PROCAP SYSTEM, LLC,** | |
| Plaintiff, | 8:20CV395 |
| vs. | |
| **NOVOZYMES NORTH AMERICA, INC.,** | ORDER |
| Defendant. | |

**IT IS ORDERED** that the Motion for Withdrawal of Appearances (Filing No. 33) is granted and Tricia M. Kazinetz and Michael A. Jacobson are deemed withdrawn as counsel of record for Plaintiff in this case. The show cause deadline is terminated.

Dated this 25th day of November, 2020.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge